IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TUTOR PERINI CORPORATION, | § | |
| | § | |
| Defendant- Below, | § | No. 35, 2020 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Court of Chancery |
| | § | of the State of Delaware |
| GREENSTAR IH REP, LLC and | § | |
| GARY SEGAL, | § | C.A. No.  12885 |
| | § | |
| Plaintiffs-Below, | § | |
| Appellees. | § | |

Submitted:    September 30, 2020
Decided:       October 6, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, and **MONTGOMERY-REEVES** Justices.

This 5th day of October, 2020, having considered this matter on the briefs and the oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its post-trial Memorandum Opinion dated December 4, 2019 and its Final Order and Judgment dated December 26, 2019;

NOW, THEREFORE, IT IS ORDERED that the decision of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice